111 E. Locust, Suite. 500
Angleton, TX 77515

**www.brazoria-county.com**

979-864-1316
979-388-1316
281-756-1316



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 9:56:30 AM
CHRISTOPHER A. PRINE
Clerk

# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

## NOTICE OF ASSIGNMENT ON AN **ACCELERATED** APPEAL

4/17/2015

TO:   FIRST  COURT OF APPEALS

RE:   Cause No.  **68296, in the 23rd District Court**

Style;  **JUAN CONTRERAS VS. RMJ MILLER REAL ESTATE HOLDINGS LTD, ET AL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE INFORMATION:

DATE OF APPEALABLE ORDER/JUDGMENT:        3/30/15
NOTICE OF APPEAL:            4/15/15
MOTION FOR NEW TRIAL:        NO
ORDER OVERRULING MOT N/T     N/A
REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW FILED:  NO
REQUEST FOR CLERK'S RECORD:  4/15/15
REQ. FOR REPORTERS RECORD:    NO
METHOD OF DELIVERY:          TAMES PORTAL
JUDGE PRESIDING:             TERRY FLENNIKEN
COURT REPORTER:              DONNA REED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPELLANT:              CITY OF PEARLAND

ATTORNEY(S) FOR APPELLANT:  PATRICIA L. HAYDEN
TEL.:    713-533-3800
FAX :    713-533-3888
EMAIL ADDRESS:   PHayden@OlsonLLP.com
TEXAS BAR NO.:    09269200